THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ABELSON, JAMES LAGALA, HYMAN BECKER, ARTHUR J. FROMEN, JULES KRAMER, ANTHONY PERRONE, JOSEPH LAPE, SAMUEL SIEGEL, HARRY A. ROSEN, Alias AL ROSEN, Appellants. —

Present —

McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.